**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
FEB - 1 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
2/4/16
CENTRAL DISTRICT OF CALIFORNIA
BY: CP DEPUTY

| | |
|---|---|
| In re:<br>Loren Miller and Sarah Miller<br><br><br>Debtor(s) | CASE NO.: 9:13-bk-10313-PC<br>ADVERSARY NO.: 9:15-ap-01068-PC<br>BAP/USDC NO.: 2:16-cv-00258-SJO<br>NOTICE OF APPEAL FILED: 01/11/2016<br>APPEAL DOCKET ENTRY NO.: 18 |
| Andrew D. Geller, Andrew D. and Eileen B. Geller Trustees of the Geller Trust Dated September 2, 1987<br><br>Plaintiff(s)<br>vs.<br>Loren Miller<br><br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br><br>☐ **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**<br><br>☒ **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

- ☒ Statement of Issues
- ☒ Designation of Record
- ☒ Notice of Transcript
- ☐ Transcript(s)
- ☒ Filing Fee for Notice of Appeal
- ☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 02/01/2016    By: *Danielle Chackel*
Deputy Clerk