**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

March 9, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Loren and Sarah Miller ) | NO. CV 16-00258 SJO |
| ) | |
| Loren Miller, ) | Related US Bankruptcy Court, USBC CD |
| Appellant, ) | |
| ) | Northern Division, 9:13-bk-10313-RR; |
| ) | |
| ) | 9:15-ap-01068-PC |
| v. ) | |
| ) | **ORDER OF DISMISSAL** |
| Andrew D. Geller, et al, ) | **BY LACK OF PROSECUTION** |
| ) | |
| ) | |
| ) | |
| Appellee. ) | |

WHEREAS Plaintiff was ordered to show cause in writing by not later than **February 22, 2016,** why this action should not be dismissed for lack of prosecution

WHEREAS this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: March 9, 2016.

_S. James Otero_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE