UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-00258-SJO | Date | April 20, 2016 |
|---|---|---|---|
| Title | In re: Loren and Sarah Miller | | |
| | USBC CD Northern Division, 9:13-bk-10313-RR | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:** IN CHAMBERS :

This matter is before the Court on Debtor Loren and Sarah Miller's ("Debtors") Response to this Court's OSC, ECF No. 10. On March 9, 2016, the Court dismissed the instant case for lack of prosecution by Loren and Sarah Miller. The Debtors now urge this Court to reconsider that dismissal. Although the Court recognizes its duty to give pro se litigants some leeway, the Court provided ample opportunities to Loren and Sarah Miller to litigate this case. The parties had to respond to the OSC by February 22, 2016, which the Debtors did not do. The Court, therefore, dismissed the case for lack of prosecution on March 9, 2016. The Court does not reconsider this decision. The matter remains dismissed for lack of prosecution.

| | : | |
|---|---|---|
| | Initials of Preparer | vpc |