# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge   Judge S. James Otero

From: J. Yerke                          , Deputy Clerk    Date Received: May 3, 2016

Case No.: 2:16-cv-00258-SJO            Case Title: In re: Loren and Sarah Miller

Document Entitled: Appellant's Objection to Minutes - FRCP 46   and Appellant's Supplement to Motion

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Case closed. |

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                                          U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

5/3/16                                          *S. James Otero*
_____        _____
Date                                          U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                    NOTICE OF DOCUMENT DISCREPANCIES

Loren Miller, Appellant *pro se*
1302 Marina Bay Drive #309A
Clear Lake Shores, TX 77565
281-467-8226

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: "LOREN AND SARAH MILLER, Debtors," | **USDC case no. 2:16-cv-00258 SJO** |
| ANDREW D. GELLER: "ANDREW D. AND EILEEN B. GELLER, TRUSTEES OF THE GELLER TRUST DATED SEPTEMBER 2, 1987," | Case No.: 9:13-bk-10313-PC |
| | Adversary No. 9:15-ap-01068-PC |
| Plaintiffs, | APPELLANT'S OBJECTION TO MINUTES – FRCP 46 |
| v. | *No Oral Argument Requested* |
| LOREN MILLER, | |
| Defendant. | |

I recently received Judge Otero's "CIVIL MINUTES – GENERAL" by regular mail. It informed me:

    **Case Name:**    In re: Loren and Sarah Miller
    **Case Number:**    2:16-cv-00258-SJO
    **Filer:**
    **WARNING: CASE CLOSED on 03/09/2016**
    **Document Number:**    15

I object according to FRCP 46:

-Page numbers-

1

**FIRST**, higher authority than this court explains why I must object here. According to *Puckett v. United States*, 556 U.S. 129, 135 (2009):[1]

> "**If a litigant believes that an error has occurred (to his detriment) during a federal judicial proceeding, he must object in order to preserve the issue.** . .limitation on appellate court authority serves to induce the timely raising of claims and objections, **which gives the district court the opportunity to consider and resolve them.** That court is ordinarily in the best position to determine the relevant facts and adjudicate the dispute. In the case of an actual or invited procedural error, the district court can often correct or avoid the mistake so that it cannot possibly affect the ultimate outcome."

**SECOND**, Judge Otero said:

> "On March 9, 2016, the Court dismissed the instant case for lack of prosecution by Loren and Sarah Miller. The Debtors now urge this Court to reconsider that dismissal."

"Sarah Miller" has *never* been part of this case. And *no one* "urge[d] this Court to reconsider" *anything*. If Judge Otero had familiarized himself with the case file he would have seen, for example, *my* "MOTION FOR EXPEDITED RELIEF FROM ORDER" was made "according to FRCP 60. . ." The word "reconsider" does not appear *anywhere* in that Rule. However, that Rule provides for either directly or collaterally attacking his Order for

---

1 My added emphasis in all quoted text is in boldface unless noted otherwise

-Page numbers-
2

what it truly is, a "fraud on the court."[2]

**THIRD**, again, Judge Otero said:

> "On March 9, 2016, the Court dismissed the instant case for lack of prosecution by Loren and Sarah Miller. . . .**the Court provided ample opportunities to Loren and Sarah Miller to litigate this case. The parties had to respond to the OSC by February 22, 2016, which the Debtors did not do.** The Court, therefore, dismissed the case for lack of prosecution on March 9, 2016. The Court does not reconsider this decision. **The matter remains dismissed for lack of prosecution.**"

This is another falsehood. As my Motion for Relief and Supplement proved by USPS tracking numbers – true copies attached *again* – this court timely received *my* "respon[se] to the OSC by February 22, 2016."

USPS tracking numbers also prove this court received my Motion for Relief and Supplement on March 16th and 17th (attached). Yet this court's case record shows no entry for that motion and did not docket the Supplement until nearly three weeks after receiving it.[3]

For the court's convenience, not mine, I have attached a true copy of my Motion and incorporate it into this Objection by this reference.

---

2 FRCP 60(d)(3)
3 *See* docket #14: "(Entered: 04/05/2016)"

-Page numbers-

3

**IN CONCLUSION**, it is deeply disturbing to see a federal court react so casually to my *expedited* motion, then put its thumb on the scales of justice and engage in such gross injustice against me. As in the court appealed from, Plaintiffs have not only scarcely had to participate in this case, since the assigned judge ran effective interference for them!

Whether this court is utterly incompetent or utterly corrupt, the result to me is the same – another miscarriage of justice tainted by Judge Carroll!

I *again* expressly invoke FRBP 1001/FRCP 1 to apply to this and all my written submissions to this court.[4]

*Submitted with all rights reserved on April* 27  2016

Loren Miller, Appellant *pro se*

---

4 "The Federal Rules of Civil Procedure are designed to further the due process of law that the Constitution guarantees. *Cf.* Fed. Rule Civ. Proc. 1 (Rules "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action.")." - *Nelson v. Adams USA, Inc.*, 529 U.S. 460, 466 (2000)

## CERTIFICATE OF SERVICE

I served a true copy of this Objection by regular mail on:

"ANDREW D. GELLER: "ANDREW D. AND EILEEN B. GELLER, TRUSTEES OF THE GELLER TRUST DATED SEPTEMBER 2, 1987" represented by:

>Howard I. Camhi
>Ervin Cohen & Jessup LLP
>9401 Wilshire Blvd., 9th Floor
>Beverly Hills, CA 90212

Submitted with all rights reserved on April 27 2016

Loren Miller, Appellant *pro se*

-Page numbers-

| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS.COM®

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505512026496050274765

**On Time**
**Expected Delivery Day: Monday, February 22, 2016**

## Product & Tracking Information

**Postal Product:**          **Features:**
Priority Mail 2-Day™          Insured                    USPS Tracking™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 22, 2016, 8:34 am** | **Delivered, In/At Mailbox** | **LOS ANGELES, CA 90012** |

Your item was delivered in or at the mailbox at 8:34 am on February 22, 2016 in LOS ANGELES, CA 90012.

| February 22, 2016, 7:03 am | Arrived at Post Office | LOS ANGELES, CA 90012 |
| February 21, 2016, 5:05 am | Departed USPS Facility | LOS ANGELES, CA 90052 |
| February 21, 2016, 3:22 am | Arrived at USPS Destination Facility | LOS ANGELES, CA 90052 |
| February 19, 2016, 10:28 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| February 19, 2016, 4:32 pm | Departed Post Office | WEBSTER, TX 77598 |
| February 19, 2016, 12:08 pm | Acceptance | WEBSTER, TX 77598 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

9505512026496050274765       Track It

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.

Sign up for My USPS ›

Search or Enter a Tracking Number

English | Customer Service | USPS Mobile | Register / Sign In

≡  🟦USPS.COM®  🔍

# USPS Tracking®

 Customer Service ›
Have questions? We're here to help.

 Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505512026486074296867

 Delivered

On Time
Expected Delivery Day: Wednesday, March 16, 2016

## Product & Tracking Information

**Postal Product:**  
Priority Mail 2-Day™

**Features:**  
Insured            USPS Tracking®

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 16, 2016, 8:18 am | Delivered, In/At Mailbox | LOS ANGELES, CA 90012 |
| | Your item was delivered in or at the mailbox at 8:18 am on March 16, 2016 in LOS ANGELES, CA 90012. | |
| March 16, 2016, 7:08 am | Arrived at Post Office | LOS ANGELES, CA 90012 |
| March 16, 2016, 2:55 am | Arrived at USPS Destination Facility | LOS ANGELES, CA 90052 |
| March 15, 2016, 6:01 pm | Arrived at USPS Facility | TULSA, OK 74141 |
| March 15, 2016, 3:41 pm | Departed USPS Facility | OKLAHOMA CITY, OK 73125 |
| March 14, 2016, 7:33 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| March 14, 2016, 4:36 pm | Departed Post Office | WEBSTER, TX 77598 |
| March 14, 2016, 12:45 pm | Acceptance | WEBSTER, TX 77598 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[                    ] [ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.

**Sign up for My USPS ›**



🟦USPS.COM

English   Customer Service   USPS Mobile                                           Register / Sign In

# USPS.COM

# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 9505511936276075120404

## Delivered

**On Time**
Expected Delivery Day: Thursday, March 17, 2016

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Insured     USPS Tracking®

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 17, 2016, 9:09 am | Delivered, In/At Mailbox | LOS ANGELES, CA 90012 |
| | Your item was delivered in or at the mailbox at 9:09 am on March 17, 2016 in LOS ANGELES, CA 90012. | |
| March 17, 2016, 8:12 am | Arrived at Post Office | LOS ANGELES, CA 90012 |
| March 17, 2016, 4:19 am | Arrived at USPS Destination Facility | LOS ANGELES, CA 90052 |
| March 16, 2016, 6:35 am | Departed USPS Facility | NORTH HOUSTON, TX 77315 |
| March 16, 2016, 12:47 am | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| March 15, 2016, 5:03 pm | Departed Post Office | KEMAH, TX 77565 |
| March 15, 2016, 1:42 pm | Acceptance | KEMAH, TX 77565 |

## Track Another Package

**Tracking (or receipt) number**

[ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.



**Sign up for My USPS ›**



Loren Miller, Appellant *pro se*
1302 Marina Bay Drive #309A
Clear Lake Shores, TX 77565
281-467-8226

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: "LOREN AND SARAH MILLER, Debtors," | USDC case no. 2:16-cv-00258 SJO |
| --------------------------------------------------- | |
| ANDREW D. GELLER: "ANDREW D. AND EILEEN B. GELLER, TRUSTEES OF THE GELLER TRUST DATED SEPTEMBER 2, 1987," | Case No.: 9:13-bk-10313-PC |
| | Adversary No. 9:15-ap-01068-PC |
| Plaintiffs, | APPELLANT'S SUPPLEMENT TO MOTION FOR EXPEDITED RELIEF FROM ORDER |
| v. | |
| LOREN MILLER, | *No Oral Argument Requested* |
| Defendant. | |

I inadvertently did not attach this exhibit to my recently-filed Motion for Reliev. I apologize for any confusion or inconvenience this may have caused.

I expressly invoke FRBP 1001/FRCP 1 to apply to this and all my written submissions to this court.

Submitted with all rights reserved on March 15, 2016

*[signature]*

Loren Miller, Appellant *pro se*

## CERTIFICATE OF SERVICE

I served a true copy of this Supplement by regular mail on:

"ANDREW D. GELLER: "ANDREW D. AND EILEEN B. GELLER, TRUSTEES OF THE GELLER TRUST DATED SEPTEMBER 2, 1987" represented by:

> Howard I. Camhi
> Ervin Cohen & Jessup LLP
> 9401 Wilshire Blvd., 9th Floor
> Beverly Hills, CA 90212

*Submitted with all rights reserved on March 15, 2016*

Loren Miller, Appellant *pro se*

English | Customer Service | USPS Mobile | Register / Sign In

**USPS.COM®**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505512026496050274765

**On Time**
Expected Delivery Day: **Monday, February 22, 2016**

## Product & Tracking Information

**Postal Product:**           **Features:**
Priority Mail 2-Day™          Insured           USPS Tracking™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 22, 2016, 8:34 am** | **Delivered, In/At Mailbox** | **LOS ANGELES, CA 90012** |

Your item was delivered in or at the mailbox at 8:34 am on February 22, 2016 in LOS ANGELES, CA 90012.

| | | |
|---|---|---|
| February 22, 2016, 7:03 am | Arrived at Post Office | LOS ANGELES, CA 90012 |
| February 21, 2016, 5:05 am | Departed USPS Facility | LOS ANGELES, CA 90052 |
| February 21, 2016, 3:22 am | Arrived at USPS Destination Facility | LOS ANGELES, CA 90052 |
| February 19, 2016, 10:28 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| February 19, 2016, 4:32 pm | Departed Post Office | WEBSTER, TX 77598 |
| February 19, 2016, 12:08 pm | Acceptance | WEBSTER, TX 77598 |

## Track Another Package

Tracking (or receipt) number

| 9505512026496050274765 |   Track It   |

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.

Sign up for My USPS ›

Search or Enter a Tracking Number