

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213)894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714)338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

5/18/16

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951)328-4450

Loren Miller
1302 Marina Bay Drive No 309A
Clear Lake Shores, TX 77565


Case Number:    In re: Loren and Sarah Miller

Case title:     2:16-cv-00258-SJO


Dear   Counsel

Pursuant to Rule 3(e) of the Federal Rules of the Appellate Procedures, a $5.00 filing fee and a $500.00 docket fee are required to be paid to the Clerk , U.S. District Court.

Please remit a cashier's check, certified bank check, business or corporate check, or money order drawn on a major American bank or the United States Postal Service payable to *Clerk, U.S. District Court* in the amount of $505.00. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

If you are attempting to proceed in forma pauperis, submit Form A-18 Motion and Affidavit for leave to Appeal in Forma Pauperis to the District Court. Court forms are available on the court's website at *www.cacd.uscourts.gov*


Sincerely,

Clerk, U.S. District Court

By  Martha Torres    213-894-3570

Deputy Clerk

*cc: Court of Appeals*

A-15CV  (12/13)                    FILING FEE LETTER